# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | CRIMINAL COMPLAINT |
|---|---|---|
| V. | | |
| George Garcia | *Principal* | Case Number: |
| YOB: 1979 | United States | M-16-2006-M |

United States District Court
Southern District of Texas
FILED

OCT 28 2016

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 26, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Santos Javier Mejia-Mendez, a citizen and national of Honduras, and Jose Guillermo Meraz-Pineda, a citizen and national of El Salvador, along with twenty-nine (29) other undocumented aliens, for a total of thirty-one (31), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)   FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

Border Patrol Agents with the Filed Intelligence Team (FIT) received information from the Rio Grande Valley Sector Intelligence Unit (RGV SIU) regarding a possible stash house located at 1717 Kantunil Dr. in Alton, Texas.

On October 26, 2016, FIT Agents conducted surveillance at the residence located at 1717 Kantunil Dr. in Alton and observed a man, later identified as George GARCIA, depart the residence in a grey Buick. Agents followed the grey Buick and contacted the Hidalgo County Sheriff's Office (HCSO) for assistance. Deputy Bravo conducted a traffic stop on the grey Buick for Expired License Plates near the intersection of 5 mile and Blue Bonnet Street.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

*approved by AUSA* 

Signature of Complainant

Jon M. Chan           Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

October 28, 2016                              at   McAllen, Texas
Date                                               City and State

Nancy K. Johnson            , U. S. Magistrate Judge
Name and Title of Judicial Officer             Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-2006-M

**RE:    George Garcia**

**CONTINUATION:**

FIT Agents approached the vehicle stop and made contact with GARCIA. After a short conversation, GARCIA stated he had approximately thirty illegal aliens at his residence. FIT Agents then advised GARCIA of his Miranda Rights and continued to speak with GARCIA. GARCIA gave FIT Agents written consent to search the residence.

FIT Agents, along with Hidalgo County Sheriff's Deputies and Alton Police Officers, approached the residence. GARCIA opened the back door to the residence and gave law enforcement access to the residence. A total of thirty one illegal aliens were encountered inside the residence.

George GARCIA and all thirty one illegal aliens were placed under arrest and transported to the Weslaco Border Patrol Station for processing.

Principal Statement:

George GARCIA was advised of his Miranda Rights, stated he understood his rights and agreed to answer questions without the presence of an attorney.

George GARCIA stated he has been renting and living in the residence located at 1717 Kantunil Dr. for two months. GARCIA claimed that during his two months of living at the residence he has harbored between three to four hundred illegal aliens. GARCIA stated he picked up all the illegal aliens in different areas in his grey Buick Century and would transport them back to his residence. GARCIA claimed he would get paid 250.00 USD per illegal alien. GARCIA admitted to harboring the thirty one illegal aliens encountered in his residence. GARCIA further stated he would instruct the illegal aliens not to go outside and to be quite. GARCIA would buy the illegal aliens food and would allow them to roam free in the residence.

Material Witness Statements:

Santos Javier MEJIA-Mendez, a citizen and national of Honduras, and Jose Guillermo MERAZ-Pineda, a citizen and national of El Salvador, were advised of their Miranda Rights, stated the understood their rights and agreed to answer questions without the presence of an attorney.

Material Witness 1:

Santos Javier MEJIA-Mendez claimed his uncle made his smuggling arrangements to Dallas, Texas and had already paid 7,000.00 USD of the 9,000.00 USD he agreed to pay. MEJIA stated that after his group crossed the river they were eventually transported to the stash house. At the stash house, the driver of the vehicle took everyone's phones, told them to stay quiet and not to go outside. MEJIA stated the driver ordered him to cook food and disperse it amongst the other

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

## M-16-2006-M

**RE:** **George Garcia**

**CONTINUATION:**

people in the residence.

MEJIA positively identified George GARCIA as the driver who transported him to the residence and as the caretaker of the stash house.

Material Witness 2:

Jose Guillermo MERAZ-Pineda claimed his sister made his smuggling arrangements and was to pay 4,000.00 USD to be smuggled into the United States. MERAZ stated he crossed the river with two other people and was eventually transported to the stash house. MERAZ stated the driver that transported him to the stash house took their cell phones and was also in charge of the stash house. MERAZ claimed the driver instructed the people to not make noise and to clean up.

MERAZ positively identified George GARCIA as the driver who transported him to the residence and as the caretaker of the stash house.